UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE KURSAR, | No. 2:14-cv-0484 CKD |
| Plaintiff, | |
| v. | ORDER |
| MARIAH RESOURCES, INC., et al., | |
| Defendants. | |

This matter came on for an informal discovery conference on March 11, 2015. Justin Rodriguez appeared telephonically for plaintiff. Wes Sage appeared telephonically for defendants. Upon review of the joint letter brief, discussion of counsel, and good cause appearing, IT IS HEREBY ORDERED that:

1. No later than February 26, 2015, plaintiff shall provide copies of the documents identified in plaintiff's January 27, 2015 supplemental initial disclosure.

2. No later than February 26, 2015, defendant shall provide any documentation in support of its contention that it owns the laptop in plaintiff's possession.

3. No later than March 5, 2015, plaintiff shall provide any documentation in support of her contention that she owns the laptop in her possession.

4. The issue of ownership of the laptop shall thereafter stand submitted.

/////

1

5. No later than March 5, 2015, defendant shall provide further responses to interrogatories nos. 1, 4, 5, 8, 9, 10, 11, 21.

6. No later than March 18, 2015, defendant shall produce further documents responsive to request for production of documents no. 3.  If no further documents can be located, defendant shall provide a statement describing the search and verifying that no further documents could be located.

7. The scheduling order (ECF No. 18) is modified as follows:  expert disclosure shall be made no later than March 25, 2015; rebuttal expert disclosure shall be made no later than April 8, 2015.

Dated: February 11, 2015

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 kursar.oah.infdisc