UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAURIE KURSAR,

    Plaintiff,

  v.

MARIAH RESOURCES, INC., et al.,

    Defendants.

No. 2:14-cv-0484 CKD

ORDER

The issue of ownership of the laptop currently in plaintiff's possession is pending before the court. The parties have filed declarations regarding ownership. Upon review of the declarations, the court finds that plaintiff has demonstrated she has rightful possession of the laptop and need not return the laptop to defendants.

Dated: March 9, 2015

*/s/ Carolyn K. Delaney*
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 kursar.lap

1