Galen T. Shimoda (Cal. State Bar No. 226752)
Justin P. Rodriguez (Cal. State Bar No. 278275)
**Shimoda Law Corp.**
9401 E. Stockton Blvd., Suite 200
Elk Grove, CA 95624
Telephone: (916) 525-0716
Facsimile: (916) 760-3733
Email: attorney@shimodalaw.com
          jrodriguez@shimodalaw.com

Attorneys for Plaintiff LAURIE KURSAR

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE KURSAR, an individual<br><br>Plaintiff,<br><br>vs.<br><br>MARIAH RESOURCES, INC., a California Corporation; CORY KASINGER, as an individual; JAMES KASINGER, as an individual; and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No.  2:14-CV-00484-CKD<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL COMPLIANCE WITH SETTLEMENT AGREEMENT<br><br>Date:         August 12, 2015<br>Judge:       Hon. Carolyn K. Delaney<br>Time:        10:00 a.m.<br>Crtm.:       24<br><br>Complaint Filed:   February 13, 2014<br>Trial Date:              Not set |

Plaintiff LAURIE KURSAR ("Plaintiff") filed this Motion alleging that Defendants MARIAH RESOURCES, INC., CORY KASINGER, and JAMES KASINGER (collectively referred to as "Defendants") breached the written settlement agreement signed by the parties and requesting this Court to compel and order Defendants to comply with the terms of the settlement agreement pursuant to this Court's equitable power to enforce settlement agreements in cases pending before it. Plaintiff also sought reasonable attorneys' fees and costs incurred as a result of filing the motion pursuant to the terms of the settlement agreement and California Civil Code section 1717.  Plaintiff also requested interest pursuant to California Civil Code section 3829 at the rate of ten percent

(10%) per annum accruing as of the date of the breach and continuing thereafter until the payment due is made.  The Court, having received and considered Plaintiff's motion, the memorandum of points and authorities in support thereof, the declaration in support thereof, exhibits, the settlement agreement, other evidence, and the opposition,  HEREBY ORDERS AND MAKES DETERMINATIONS AS FOLLOWS:

1. **THE PARTIES REACHED AN AGREEMENT ON ALL MATERIAL TERMS AND DEFENDANT'S BREACHED THE AGREEMENT**

The Court has reviewed the settlement agreement ("Agreement"), which has been included with Plaintiff's Motion and is incorporated into this order by reference.  The Court finds that it is complete, contains all the material terms, and the parties agreed upon those terms and intended to be bound by them.

The Court also finds that Defendants breached the settlement agreement by failing to make the first installment payment of $40,000 on June 26, 2015.  The opposition fails to demonstrate good cause for failing to comply with the settlement agreement.  Defendants are hereby ordered to make this payment to Plaintiff in the manner outlined in the Agreement immediately.  If Defendants have failed to tender this payment within three (3) calendar days of this order, they will be subject to further sanction and contempt of Court proceedings as this Court deems appropriate. Similarly, Defendants are hereby ordered that they shall make the second installment payment under the settlement agreement by the date due or they may be subject to sanction and contempt of Court proceedings as this Court deems appropriate.

2. **PLAINTIFF IS ENTITLED TO REASONABLE ATTORNEY'S FEES AND COSTS INCURRED IN BRINGING THIS MOTION AND INTEREST ON THE UNPAID AMOUNT DUE**

The Court finds that Plaintiff is entitled to costs and reasonable attorney's fees incurred in bringing this Motion.  The Court finds the rates of $275 per hour for attorney Justin P. Rodriguez and $75 per hour for law clerk Brittany Berzin to be reasonable and that the hours claimed as stated in the motion and supporting declaration are reasonable. The Court finds the estimated costs of $22.40 to be reasonable as well.  In total, the Court awards $5,222.40 in reasonable attorneys' fees

1  and costs incurred in bringing this Motion pursuant to the terms of the settlement agreement and
2  California Civil Code section 1717.
3        The Court orders that Defendants shall also pay interest on the unpaid $40,000 sum due at
4  the rate of ten percent (10%) per annum accruing as of the date of the breach and continuing
5  thereafter until payment is made.  The additional amounts for interest, attorneys' fees, and costs,
6  shall be paid within three (3) calendar days of this order.
7        The hearing date of August 12, 2015 is vacated.
8  Dated:  July 30, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

[PROP] ORDER GRANTING MOTION FOR COMPLIANCE WITH SETTLEMENT  Case No. 2:14-CV-00484-CKD  3