UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAURIE KURSAR,

          Plaintiff,

    v.

MARIAH RESOURCES, INC., et al.,

          Defendant.

No.  2:14-cv-0484 CKD

ORDER

        Plaintiff's motion to hold defendants in contempt of court is presently calendared for hearing on September 9, 2015.  Plaintiff seeks, in part, coercive confinement for defendants' failure to comply with the court's July 31, 2015 order to make the $40,000 payment to plaintiff in the manner outlined in the settlement agreement, which payment was due June 26, 2015.  Plaintiff represents that the payment has not yet been made.  Upon review of the docket, and good cause appearing, IT IS HEREBY ORDERED that:

        1. Defendants Cory Kasinger and James Kasinger are ordered to personally appear at the September 9, 2015 hearing.

/////

/////

/////

/////

1

2. Plaintiff's counsel is directed to personally serve a copy of this order on defendants and to file a statement of compliance no later than September 3, 2015 indicating that the order has been personally served on defendants.

Dated:  August 28, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 kursar0484.cont