UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE KURSAR,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARIAH RESOURCES, INC., et al.,<br><br>　　　　　Defendant. | No. 2:14-cv-0484 CKD<br><br><br>ORDER TO SHOW CAUSE RE:  CONTEMPT |

Defendants in this action have previously been held in contempt of court. ECF No. 54. By order filed September 9, 2015, defendants were ordered to pay certain sums to plaintiff, consistent with the settlement agreement previously entered into by the parties. The court has been advised that defendants failed to pay the requisite sums due on October 19, 2015 in the amount of $78,500 plus interest accruing thereon.

Accordingly, IT IS HEREBY ORDERED that:

1. A further hearing on the contempt proceedings is set for November 4, 2015 at 10:00 a.m. in courtroom no. 24. At that time defendants shall show cause why they should not be incarcerated until such time as the court's orders have been complied with by defendants. Plaintiff's counsel shall advise the court if payment of the sums required under the September 9, 2015 order is made prior to the hearing.

/////

1

2. Defendants Cory Kasinger and James Kasinger are ordered to personally appear at the November 4, 2015 hearing.

3. Defense counsel is directed to personally serve a copy of this order on defendants and to file a statement of compliance no later than October 28, 2015 indicating that the order has been personally served on defendants.

Dated:  October 22, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 kursar0484.cont.fh

2