UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE KURSAR, | No. 2:14-cv-0484 CKD |
| Plaintiff, | |
| v. | ORDER |
| MARIAH RESOURCES, INC., et al., | |
| Defendant. | |

Defendants have now paid all the sums due under the settlement agreement.

Accordingly, IT IS HEREBY ORDERED that:

1. The further hearing on the contempt proceedings set for November 4, 2015 is vacated; and

2. Pursuant to the stipulation of the parties (ECF No. 60), this action is dismissed.

Dated: October 27, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 kursar0484.vac.dism